# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRADLEY ERWIN PARKINS, SR. & WANDA SUE PARKINS   Case Number: 04-70638
3514 JAMESTOWN DRIVE   SSN-xxx-xx-2734 & xxx-xx-7792
ROCKFORD, IL  61109

Case filed on: 2/9/2004
Plan Confirmed on: 4/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,906.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,754.22 | 3,754.22 | 3,754.22 | 0.00 |
|  | Total Legal | 3,754.22 | 3,754.22 | 3,754.22 | 0.00 |
| 999 | BRADLEY ERWIN PARKINS, SR. | 0.00 | 0.00 | 290.18 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 290.18 | 0.00 |
| 001 | PHH MORTGAGE CORP SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ANTHONY F. BENASS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LUNDHOLM | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES | 3,651.69 | 3,651.69 | 1,843.93 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 11,081.88 | 11,081.88 | 5,595.82 | 0.00 |
| 006 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ORTHOPEDIC ASSOC OF NORTHERN ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD CLINIC | 1,025.89 | 1,025.89 | 518.03 | 0.00 |
| 011 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 9,545.69 | 9,545.69 | 4,820.12 | 0.00 |
| 014 | ROCKFORD RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 12,561.27 | 12,561.27 | 6,342.85 | 0.00 |
| 017 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 37,866.42 | 37,866.42 | 19,120.75 | 0.00 |
|  | Grand Total: | 41,784.64 | 41,784.64 | 23,329.15 | 0.00 |

Total Paid Claimant:    $23,329.15
Trustee Allowance:      $1,576.85
Percent Paid Unsecured:     50.50

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008         By  /s/Heather M. Fagan